Jack Ter-Saakyan, Esq. (SBN 266641)
Vartkes Artinian, Esq. (SBN 304009)
**JT LEGAL GROUP, APC**
801 N. Brand Blvd., Suite 1130
Glendale, CA. 91203
Telephone: (818) 745-1594
Facsimile: (747) 444-2369

Attorneys for Plaintiff,
YOVANNA HERRERA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOVANNA HERRERA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ARM TRUST, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-9, US BANK N.A., AS TRUSTEE; US BANK N.A.; PNC BANK N.A.; QUALITY LOAN SERVICE CORPORATION; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: ED CV 17-1614-JFW(KKx)<br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br>**[Filed herewith: Ex Parte Application for Temporary Restraining Order; Declaration of Notice; Declaration of Yovanna Herrera; Declaration of Plaintiff's Counsel]**<br><br>Date: August 28, 2017<br>Dept.: 7A |

After considering the moving papers filed in this action, the Court finds that this is a proper case for the issuance of an order to show cause and that unless the Court issues a temporary restraining order, Plaintiff will suffer irreparable injury before the matter can be heard on formal notice.

Accordingly, and for good cause shown, the Court orders: Defendants Structured Asset Mortgage Investments II, Inc., Bear Stearns Arm Trust, Mortgage Pass Through Certificates, Series 2005-9, U.S. Bank, N.A., as Trustee ("MORTGAGE PASS THROUGH"); U.S. Bank, N.A. ("U.S. Bank"), PNC Bank, N.A. ("PNC") and Quality Loan Service Corporation ("Quality", Mortgage Pass Through, U.S. Bank, PNC and Quality are "Defendants"), and DOES 1 through

20, inclusive, submits before this Court in Department 7a on September 11, 2017 at 1:30 p.m. of the Central District Court of California to show cause as to why a Preliminary Injunction should not be issued enjoining them and their agents from any further foreclosure proceedings regarding the trustee sale of real property commonly known as 11345 Regent Drive, Rancho Cucamonga, CA 91730.

Plaintiff shall serve a copy of the *ex parte* application together with a copy of this order to show cause, and temporary restraining order, by personal service on Defendants no later than August 29, 2017. Any opposition must be filed and served by Defendants no later than August 31, 2017. If, after reviewing the opposition, Plaintiff considers a Reply necessary and appropriate, she must file and serve it by September 5, 2017. Proof of service of this Order to Show Cause must be filed no later than August 30, 2017.

Pending the submission and determination of the order to show cause, Defendants and their agents, servants, employees and representatives, and all persons acting in concert with them, shall be enjoined, and restrained during the pendency of this action from engaging in, committing, or performing, directly or indirectly, any and all of the following acts: proceeding with a foreclosure sale or otherwise in any way transferring, further encumbering or in any way adversely affecting the real property identified as 11345 Regent Drive, Rancho Cucamonga, CA 91730.

**IT IS ORDERED.**

Dated: August 28, 2017  _____
The Honorable John F. Walter