# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 5:17-cv-01614-JFW-KKx    Date August 29, 2017

Title: Yovanna Herrera v. Structured Asset Mortgage Investments II, Inc. et al

Present: The Honorable John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　Attorneys Present for Defendants:

Not Present　　Not Presetn

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Remand and JS-6 case per Court Order filed August 28, 2017 [18]

☐ Entered _____.

Initials of Preparer  sr